| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 8 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

ACHARAYYA RUPAK, AKA Kevin Thomas Rudolph Matthews, AKA Rudolph Matthews, AKA Rudy Rupak,

    Defendant-Appellant.

No.  17-50381

D.C. No.
3:16-cr-01333-BAS-1
Southern District of California,
San Diego

ORDER

The unopposed motion for an extension of time to file the opening brief (Docket Entry No. 11) is granted.

The briefing schedule is amended as follows:  the opening brief is due June 13, 2018; the answering brief is due July 13, 2018; and the optional reply brief is due within 21 days after service of the answering brief.

The previously established schedule for filing the response to the motion for bail pending appeal and the optional reply in support remains in effect.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT
By: Felicity Grisham
Deputy Clerk
Ninth Circuit Rule 27-7

FG/MOATT