FILED

JUL 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-50381 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-01333-BAS-1 |
| v. | Southern District of California, San Diego |
| ACHARAYYA RUPAK, AKA Kevin Thomas Rudolph Matthews, AKA Rudolph Matthews, AKA Rudy Rupak, | ORDER |
| Defendant-Appellant. | |

Before: FERNANDEZ, WARDLAW, and BYBEE, Circuit Judges.

Defendant-Appellant's motion for an extension of time in which to file a petition for rehearing and rehearing en banc, filed July 16, 2019, is hereby GRANTED. The petition for rehearing shall be filed with the court on or before September 3, 2019.

Parties who are registered for ECF must file the petition electronically without submission of paper copies. Parties who are not registered ECF filers must file the original petition plus 50 paper copies.