FILED

OCT 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>ACHARAYYA RUPAK, AKA Kevin Thomas Rudolph Matthews, AKA Rudolph Matthews, AKA Rudy Rupak,<br><br>　　　　Defendant-Appellant. | No.　17-50381<br><br>D.C. No.<br>3:16-cr-01333-BAS-1<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before: FERNANDEZ, WARDLAW, and BYBEE, Circuit Judges.

The panel judges have voted to deny defendant-appellant's petition for rehearing. Judges Wardlaw and Bybee voted to deny the petition for rehearing en banc, and Judge Fernandez recommended denying the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellant's petition for rehearing and petition for rehearing en banc, filed September 3, 2019, is DENIED.