**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>16CR1333 BAS |
| DEFENDANT<br>ACHARAYYA RUPAK | TYPE OF PROCESS<br>SERVICE OF SUBPOENA |

**FILED OCT 18 2019 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Wells Fargo Bank NA |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>610 1st Avenue, San Diego, CA, 92101 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

LUELLA M. CALDITO
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please serve Branch Manager, Wells Fargo Bank NA, with the attached Subpoena. If you have questions, contact John Scruggs at (619) 546-8046

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
LUELLA M. CALDITO, AUSA
TELEPHONE NUMBER: (619) 546-6732
DATE: 10/09/2019

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 10/15/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (If not shown above): **MESALA SILVA   LEAD TELLER**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10-16-19
Time: 2:00 pm
Signature of U.S. Marshal or Deputy: 30041

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. **CLERK OF COURT**    2. **USMS Record**    3. **Notice of Service**    4. **Billing Statement**    5. **Acknowledgment**

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16CR1333-BAS |
| Acharayya Rupak ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:     Wells Fargo Bank NA, 610 1st Avenue, San Diego, CA 92101

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A. In lieu of production in person, you may send the documents by mail to the below address or by email to Joann Blas Ortiz at Joann.Blas.Ortiz@usdoj.gov.

| Place: United States Attorney's Office<br>Asset Recovery Section, Attn. Joann Blas Ortiz<br>880 Front Street, Room 6293, San Diego, CA 92101 | Date and Time:<br><br>11/12/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/09/2019

*CLERK OF COURT*

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
United States of America_____, who issues or requests this subpoena, are:

Luella M. Caldito, Assistant U.S. Attorney, 880 Front Street, Rm. 6293, SD, CA 92101, Luella.Caldito@usdoj.gov, (619) 546-6732

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

v. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

.ction No. 16CR1333-BAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Wells Fargo Bank
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: MESACA SILVA
LEAD TELLER
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-16-19

_____
*Server's signature*

SHAWN SIMPSON DUSM
*Printed name and title*

U.S. MARSHALS SERVICE
U.S. COURTHOUSE
333 WEST BROADWAY, SUITE 100
SAN DIEGO, CA 92101

Additional information regarding attempted service, etc.: