FILED

NOV 01 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 17-50381 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 3:16-cr-01333-BAS-1 |
| v. | Southern District of California, San Diego |
| ACHARAYYA RUPAK, AKA Kevin Thomas Rudolph Matthews, AKA Rudolph Matthews, AKA Rudy Rupak, | ORDER |
| Defendant-Appellant. | |

Before: FERNANDEZ, WARDLAW, and BYBEE, Circuit Judges.

Appellant's motion to stay the issuance of the mandate pending application for writ of certiorari, filed October 16, 2019, is GRANTED.

Therefore, it is ordered that the mandate is stayed pending the filing of the petition for writ of certiorari in the Supreme Court. The stay shall continue until final disposition by the Supreme Court.