Laura F. Marran
Marran Law
3988 Lago Di Grata Circle
San Diego, CA 92130

PHONE: 858-699-0375
__x____RETAINED_____APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. Cynthia A Bashant

COURT REPORTER_____

)
)
UNITED STATES OF AMERICA ) CASE NO. 16 CR 1333-BAS
)
) NOTICE OF APPEAL      (Criminal)
vs. )
"RUDY" ACHARYYA RUPAK )
_____ _)

Notice is hereby given that "RUDY" ACHARYYA RUPAK _____, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the
Ninth Circuit from the:      (check one)
(  ) Final Judgment
(  ) Sentence Only (sentence imposed) _____
( X ) Order (describe)
_____ entered in this
proceeding on the ___16TH_____ day of ___JULY _____. 2020 _____
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C.
§3742(b)(4)    _____ Yes      _____No

Date: _____July 18, 2020_____
                                    Signature
Transcripts required* _____ Yes _____x___ No

Date   (  ) Indictment      ( x ) Information Filed: _____
Bail  status __On  Bond _____
Will there be a request to expedite the appeal?         _____Yes      _____ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).
_____

# Certificate of Service

Counsel for Defendant certifies that he has electronically filed the attached document.

Dated: July 18, 2020 /s/ Laura F. Marran
                               Marran Law
                               3988 Lago Di Grata Circle
                               San Diego, CA 92130
                               lauramarranattorney@gmail.com