

FILED
Aug 12 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AKR  DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ACHARAYYA RUPAK, AKA Kevin Thomas Rudolph Matthews, AKA Rudolph Matthews, AKA Rudy Rupak, Defendant - Appellant. | No. 20-50200<br><br>D.C. No. 3:16-cr-01333-BAS-1<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered July 21, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 20-50200 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 3:16-cr-01333-BAS-1 Southern District of California, San Diego |
| v. | |
| ACHARAYYA RUPAK, AKA Kevin Thomas Rudolph Matthews, AKA Rudolph Matthews, AKA Rudy Rupak, | ORDER |
| Defendant-Appellant. | |

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

Appellant appeals from the district court's order denying appellant's motion to stay his self-surrender date. Appellant has filed in this Court an emergency motion to stay his self-surrender date. The Court finds that no further briefing is necessary to resolve this appeal.

On July 2, 2019, this Court affirmed appellant's conviction for violating the Travel Act, 18 U.S.C. § 1952(a)(3). On April 21, 2020, the Supreme Court denied appellant's petition for writ of certiorari. There are no further proceedings pending before the district court or this Court. Accordingly, the Bail Reform Act does not authorize an indeterminate stay of appellant's self-surrender date. We therefore affirm the district court's order denying appellant's motion to stay his self-surrender date. Appellant's emergency motion (Docket Entry No. 2) is denied as

KWH19-/MOATT

moot.

**AFFIRMED.**