# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ACHARAYYA RUPAK,<br><br>    Defendant | Case No.: 16CR1333 - BAS<br><br>APPLICATION AND ORDER TO CHANGE VICTIM NAME DOROTHY ALICE GREKO ON THE ORDER FOR RESTITUTION |

APPLICATION

Jeff Greko, has submitted a request to change the name as listed on the order for restitution from Dorothy Alice Greko to Jeff Greko, since she passed away in 2019

The Clerk of Court makes no representation that this is appropriate and respectfully requests the Court's consideration to this application.

1/6/2021
DATED

John P. Morrill
Clerk of the Court
By: Laura Jimenez
Financial Supervisor

IT IS SO ORDERED

The Court GRANTS the application and orders that the Clerk of the Court to change the name from Dorothy Alice Greko to Jeff Greko on the order of restitution.

1-14-2021
DATED

Hon. Cynthia Bashant
United States District Judge